In the Matter of the Transfer Tax on the Estate of WILLIAM GRATZ, Deceased. STELLA FRANK GRATZ and Another. STATE TAX COMMISSION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GUSTAVE S. GEIGER v. JAMES I. BUSH and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOLA WANER ESCALERA, an Infant, by SATURNA ESCALERA, Her Guardian ad Litem, and SATURNA ESCALERA v. BELLA ZAPAKIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

NYCK KOTYK, Also Known as NICK KOTT, v. REALTY HOTELS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ELEANOR SCAFFURI, Impleaded, etc., v. MARY SMITH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay pending the granting or final refusal of such leave to appeal by the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of FRIEDA GLATTER for an Order against FRIEDA S. MILLER, Industrial Commissioner, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOSE DE LA GANDARA v. GEORGE M. PYNCHON and Others, Impleaded with CLIFFORD BUCKNAM and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MYRTLE ANNIE SEGAR, as Executrix, etc., of ELZIE CRISLER SEGAR, Deceased, v. KING FEATURES SYNDICATE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ROBERT BLUMENTHAL, as Executor, and Others v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THERESA V. HAGEMAN v. ADOLPH A. HAGEMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

HARRY REISER v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted, and the motion in other respects denied. [See ante, p. 171.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LEOTA BOEHM v. EDWARD D. BOEHM.— Motion for reargument denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.